1  Hootan Troy Farahmand (SBN: 230345)
   3575 Cahuenga Bl. West, #580
2  Los Angeles, CA 90068
   Telephone: (310) 560-0606
3  Facsimile: (310) 829-0225
   Email: Htf@HtfLawFirm.com
4

5

6
   Attorneys for Plaintiff
7  STAR FABRICS, INC.

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11

| STAR FABRICS, INC., a California Corporation, | CASE NO. 12-CV-08397-PSG-MRW |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS** |
| v. | Triple Textile, Inc. |
| SEARS ROEBUCK and co.,; et al. | Mouris Elyahoozadeh (dba) Fashion Trends, |
| Defendants. | Traben USA, Inc., |
| | CON TE, INC., |
| | DOWEL TEX, INC., and |
| | Image Boutique |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

WHEREAS, Plaintiff and Triple Textile, Inc. , a California Corporation, Mouris Elyahoozadeh (dba) Fashion Trends, Traben USA, Inc., CON TE, INC., DOWEL TEX, INC., and Image Boutique have reached an amicable resolution whereby all claims at issue against Triple Textile, Inc. , a California Corporation, Mouris Elyahoozadeh (dba) Fashion Trends, Traben USA, Inc., CON TE, INC., DOWEL TEX, INC., and Image Boutique have fully and finally been resolved;

-1-
STIPULATION TO DISMISS ACTION

1  IT IS HEREBY STIPULATED that Triple Textile, Inc. , a California
2  Corporation, Mouris Elyahoozadeh (dba) Fashion Trends, Traben USA, Inc.,
3  CON TE, INC., DOWEL TEX, INC., and Image Boutique are to be dismissed
4  from this action with prejudice and with each party to bear its own costs and
5  fees incurred therein.
6  SO STIPULATED.

7

8  DATED: 4-16-13

9
10                              By:  Shahrokh Pazooky
11                                   President of for Defendant
                                     Triple Textile, Inc.
12
13
14
   DATED: 4-16-13                  H. TROY FARAHMAND
15
16
17                              By:  /S/
                                     H. TROY FARAHMAND
18                                   Attorneys for Plaintiff
                                     Star Fabrics, Inc.
19
20 DATED: 4-16-13
21
22                              By:  /S/
                                     S. CALVIN MYUNG
23                                   Attorneys for Defendants
24                                   CON TE, INC.;
                                     DOWEL TEX, INC.;
25                                   Image Boutique
                                     Mouris Elyahoozadeh (dba) Fashion
26                                   Trends,
                                     Traben USA, Inc.
27
28

-2-

STIPULATION TO DISMISS ACTION