HOOTAN TROY FARAHMAND (SBN: 230345)
3575 Cahuenga Bl. West, #580
Los Angeles, CA 90068
Telephone: (310) 560-0606
Facsimile: (310) 829-0225
Email: Htf@HtfLawFirm.com

Attorneys for Plaintiff
STAR FABRICS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>SEARS ROEBUCK and co.; et al.<br><br>            Defendants. | Case No. 12-CV-08397-PSG-MRW<br><br><br>**DECLARATION OF HOOTAN TROY FARAHMAND RESPONDING TO JUDGES ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION.** |

## DECLARATION OF HOOTAN TROY FARAHMAND

I , HOOTAN TROY FARAHMAND, declare as follows:

1

1. I am an attorney licensed to practice law in the state of California and am one of the attorneys of record for Plaintiff Star Fabrics, Inc. in the instant action.

2. If called up to testify, I could and would so competently based upon my personal knowledge herein.

3. We are confused with this order given we are currently waiting for a new Scheduling conference, which was previously vacated and scheduled for April 8, 2013.

4. On April 4, 2013 document 43 Honorable Judge Gutierrez filed an order to show cause for improper joinder and then vacated the scheduling order (attached hereto as EXHIBIT 1")

5. On April 16, 2013 document 48 we filed a stipulation to dismiss all parties unrelated to print 40470 so make the improper joinder moot (attached hereto as EXHIBIT 2")

6. On April 17, 2013 document 49 we filed declaration response to the Order to Show cause (attached hereto as EXHIBIT 3")

7. On April 24, 2013 document 51 Honorable Judge Gutierrez discharged the Order to Show Cause. (attached hereto as EXHIBIT 4")

8. Given the dismissal of the Order to show cause on April 24, 2013 all parties were waiting for a new scheduling order or any order that authorizes the parties to proceed with a Motion for Summary Judgment.

Executed on June 20, 2013 at Los Angeles, California

Hootan Troy Farahmand

2

# EXHIBIT 1

**Activity in Case 2:12-cv-08397-PSG-MRW Star Fabrics Inc v. Sears Roebuck and Co et al Order to Show Cause**

Activity in Case 2:12-cv-08397-PSG-MRW Star Fabrics Inc v. Sears Roebuck

cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>          Thu, Apr 4, 2013 at 2:30 PM
To: ecfnef@cacd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

### UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 4/4/2013 at 2:30 PM PDT and filed on 4/4/2013
**Case Name:**          Star Fabrics Inc v. Sears Roebuck and Co et al
**Case Number:**      2:12-cv-08397-PSG-MRW
**Filer:**
**Document Number:** 46

Docket Text:
**(IN CHAMBERS): Order to Show Cause re: Improper Joinder by Judge Philip S. Gutierrez. The Court orders Plaintiff to show cause in writing no later than April 25, 2013 why the Court should not dismiss without prejudice all but the first named Defendant on the grounds of improper joinder of parties. Failure to respond by the above date will result in the Court dismissing this action. Further, the Scheduling Conference on the Court's calendar for April 8, 2013 is VACATED pending Plaintiff's response to this Order to Show Cause.(smo)**

**2:12-cv-08397-PSG-MRW Notice has been electronically mailed to:**

Hootan Troy Farahmand      emlague@gmail.com, htf@htflawfirm.com

Reid E Dammann      j.turgeon@mpglaw.com, r.dammann@mpglaw.com

Soohyun Calvin Myung      scalvinmyung@sbcglobal.net

**2:12-cv-08397-PSG-MRW Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

# EXHIBIT 2

cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>          Tue, Apr 16, 2013 at 5:28 PM
To: ecfnef@cacd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Farahmand, Hootan on 4/16/2013 at 5:28 PM PDT and filed on 4/16/2013
Case Name:        Star Fabrics Inc v. Sears Roebuck and Co et al
Case Number:      2:12-cv-08397-PSG-MRW
Filer:            Star Fabrics Inc
Document Number: 48

Docket Text:
**STIPULATION to Dismiss defendants Con Te Inc, Dowel Tex Inc, Mouris Elyahoozadeh, Image Boutique, Traben USA Inc, Triple Textile Inc filed by plaintiff Star Fabrics Inc. (Attachments: # (1) Proposed Order)(Farahmand, Hootan)**

**2:12-cv-08397-PSG-MRW Notice has been electronically mailed to:**

Hootan Troy Farahmand &nbsp &nbsp htf@htflawfirm.com, emlague@gmail.com

Soohyun Calvin Myung &nbsp &nbsp scalvinmyung@sbcglobal.net

**2:12-cv-08397-PSG-MRW Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Stip to Dismiss Calvin's atty.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/16/2013] [FileNumber=15459120-0
] [9d132f79888f5e1ddef0b6dc4e9fbb8606feaf4f0f298f0983c39181c6a6ae0d86a
971129c3a6b28916e4e2e8df5f8b180ae10fe6ea0c8c187008c23f948bec6]]
**Document description:**Proposed Order

# EXHIBIT 3

cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
To: ecfnef@cacd.uscourts.gov

Wed, Apr 17, 2013 at 10:05 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Farahmand, Hootan on 4/17/2013 at 10:05 AM PDT and filed on 4/17/2013

**Case Name:** Star Fabrics Inc v. Sears Roebuck and Co et al
**Case Number:** 2:12-cv-08397-PSG-MRW
**Filer:** Star Fabrics Inc
**Document Number:** 49

Docket Text:
### DECLARATION re Order to Show Cause, Terminate Hearings,,,, [46] filed by Plaintiff Star Fabrics Inc. (Farahmand, Hootan)

**2:12-cv-08397-PSG-MRW Notice has been electronically mailed to:**

Hootan Troy Farahmand &nbsp &nbsp htf@htflawfirm.com, emlague@gmail.com

Soohyun Calvin Myung &nbsp &nbsp scalvinmyung@sbcglobal.net

**2:12-cv-08397-PSG-MRW Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Dec of H. Troy Farahmand.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/17/2013] [FileNumber=15460775-0
] [5bd89dafeb50883061b46173991b9b14bc1bd3088c1de1a915be83de95c42076f2b
1cfe1ce30233512d8721bd41cca30bfdcbb004121bd074b6fb1f074453db4]]

1   HOOTAN TROY FARAHMAND (SBN: 230345)
2   3575 Cahuenga Bl. West, #580
    Los Angeles, CA 90068
3   Telephone: (310) 560-0606
    Facsimile: (310) 829-0225
4   Email: Htf@HtfLawFirm.com

5
6   Attorneys for Plaintiff
    STAR FABRICS, INC.

7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11  STAR FABRICS, INC., a California        Case No. 12-CV-08397-PSG-MRW
12  corporation,

13          Plaintiff,

14  vs.                                     DECLARATION OF HOOTAN TROY
                                            FARAHMAND RESPONDING TO
15                                          JUDGES ORDER TO SHOW CAUSE
                                            WHY THE COURT SHOULD NOT
16  SEARS ROEBUCK and co.; et al.           DISMISS WITHOUT PREJUDICE ALL
                                            BUT THE FIRST NAMED
17          Defendants.                     DEFENDANT ON THE GROUNDS OF
                                            IMPROPER JOINDER OF PARTIES
18

19

20

21

22

23

24

25
          __DECLARATION OF HOOTAN TROY FARAHMAND__
26

27

28  I , HOOTAN TROY FARAHMAND, declare as follows:

                                  1

1. I am an attorney licensed to practice law in the state of California and am one of the attorneys of record for Plaintiff Star Fabrics, Inc. in the instant action.

2. If called up to testify, I could and would so competently based upon my personal knowledge herein.

3. I filed the complaint given they consisted of defendants that were predominantly represented by one counsel Mr. Calvin Myung to hopefully settle them in an expedited and efficient manner.

4. Since then we have settled all defendants associated to most of the subject designs except one subject design named 40470 and its associated defendants. (attached hereto as EXHIBIT 1")

5. Referencing Exhibit 1 subject design named "60023" and all associated defendants have all been either previously dismissed or there is a depending proposed order pending your honors approval of all the parties. This subject design is referenced in paragraphs 26 through 34 of the original complaint and are now resolved and hereby dismissed

6. Referencing Exhibit 1 subject design named "61741" and all associated defendants have all been either previously dismissed or there is a depending proposed order pending your honors approval of all the parties. This subject design is referenced in paragraphs 35 through 45 of the original complaint and are now resolved and hereby dismissed.

7. Referencing Exhibit 1 subject design named "401841" and all associated defendants have all been either previously dismissed or there is a depending proposed order pending your honors approval of all the parties. This subject design is referenced in paragraphs 46 through 54 of the original complaint and are now resolved and hereby dismissed.

2

**RESPONSE TO ORDER TO SHOW CAUSE**

8. Referencing Exhibit 1 print subject design named "60257" and all associated defendants have all been either previously dismissed or there is a depending proposed order pending your honors approval of all the parties. This subject design is referenced in paragraphs 55 through 63 of the original complaint and are now resolved and hereby dismissed.

9. The only portion of the case that still remains pending is subject design named "40470" paragraphs 64 to 78 of the original complaint.

10. The defendants remaining are only in associated to subject design 40470 and are EXPRESSION PLUS, SKU TRADING, INC., IRON PUPPY, 2HEARTS, V GENERATION.

11. Given we have not conducted discovery and from the limited information we have plaintiff believes SKU TRADING, INC. sold or was the source of the alleged infringing garments to EXPRESSION PLUS, IRON PUPPY, 2HEARTS.

12. V GENERATION also sold garments incorporating subject design 40470 and has been served and now is in default. (attached hereto as EXHIBIT 2")

13. I respectfully ask the court and his honor to allow plaintiff to continue with the last remaining Subject design named 40470, paragraphs 64 to 78 and the associated defendants EXPRESSION PLUS, SKU TRADING, INC., IRON PUPPY, 2HEARTS, V GENERATION.

14. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge.


Executed on April 17, 2013 at Los Angeles, California

Hootan Troy Farahmand

3

# EXHIBIT 1

Case 2:12-cv-08397-PSG-MRW   Document 54   Filed 06/20/13   Page 13 of 21   Page ID #:283
Case 2:12-cv-08397-PSG-MRW   Document 49   Filed 04/17/13   Page 5 of 11   Page ID #:260

Case 2:12-cv-08397-PSG-MRW   Document 36   Filed 02/13/13   Page 1 of 1   Page ID #:208

E-FILED: 02-13-2013
Link #33

HOOTAN TROY FARAHMAND (SBN: 230345)
3575 Cahuenga Boulevard West – Suite 580
Los Angeles, CA 90068
Telephone: (310) 560-0606
Facsimile: (310) 829-0225
Email: Htf@HtfLawFirm.com

Attorney for Plaintiff STAR FABRICS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California corporation | No. 12-CV- 08397-PSG-MRW |
| Plaintiff, | [PROPOSED] ORDER OF DISMISSAL OF YOU AND ME NATURALLY, INC. WITH PREJUDICE |
| vs. | |
| SEARS ROEBUCK AND CO., a New York Corporation; et al, | |
| Defendants. | |

**ORDER**

Plaintiff and Defendants, being all of the parties of record in this action, having reached a settlement which is reflected in a written settlement agreement, and having stipulated by and through their counsel of record, and the Court having accepted the stipulation of the parties,

IT IS HEREBY ORDERED that YOU AND ME NATURALLY, INC., is, DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and that each of the parties shall bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: February 13 , 2013

**PHILIP S. GUTIERREZ**

UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Case 2:12-cv-08397-PSG-MRW   Document 54   Filed 06/20/13   Page 14 of 21   Page ID #:284
Case 2:12-cv-08397-PSG-MRW   Document 49   Filed 04/17/13   Page 6 of 11   Page ID #:261

Case 2:12-cv-08397-PSG-MRW   Document 35   Filed 02/12/13   Page 1 of 1   Page ID #:207

LAW OFFICE OF H. TROY FARAHMAND
    HOOTAN TROY FARAHMAND (SBN: 230345)
3575 Cahuenga Bl. West, #580
Los Angeles, CA 90068
Phone (310) 560-0606 / Facsimile: (310) 829-0225

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California corporation | CASE NUMBER |
| | CV 12-8397 PSG (MRW) |
| Plaintiff(s), | |
| v. | |
| Sears Roebuck and Co., et al., | **NOTICE OF DISMISSAL PURSUANT** |
| | **RULE 41(a) or (c) F.R.Civ.P.** |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is
   dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is
   dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is
   dismissed by the Claimant(s) in its entirety.

☒  ONLY Defendant(s)  Sears Roebuck and Co., et al. _____

   is/are dismissed from (*check one*) ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
   brought by  Star Fabrics, Inc. _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

_2-12-13_____          _____
       *Date*                        *Signature of Attorney/Party*

NOTE:  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for
       summary judgment, whichever first occurs.*

       *F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive
       pleading or prior to the beginning of trial.*

LAW OFFICE OF H. TROY FARAHMAND
 HOOTAN TROY FARAHMAND (SBN: 230345)
3575 Cahuenga Bl. West, #580
Los Angeles, CA 90068
Phone (310) 560-0606 / Facsimile: (310) 829-0225

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| STAR FABRICS, INC., a California corporation | CASE NUMBER |
|---|---|
| | CV 12-8397 PSG (MRW) |
| Plaintiff(s), | |
| v. | |
| Sears Roebuck and Co., et al., | **NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P.** |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is
dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

☒ ONLY Defendant(s) OTIMO TEXTILE, INC.; MJC CONNECTION INC., (DBA) MIND CODE;

A'GACI, LLC; BIG JOY, INC.; GUNIT FASHIONS, INC.; DISTINCTIVE APPAREL, INC. (DBA) METROSTYLE
is/are dismissed from (*check one*) ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by Star Fabrics, Inc.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

_12-19-12_
*Date*

_____
*Signature of Attorney/Party*

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

 *F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

Case 2:12-cv-08397-PSG-MRW   Document 54   Filed 06/20/13   Page 16 of 21   Page ID #:286
Case 2:12-cv-08397-PSG-MRW   Document 49   Filed 04/17/13   Page 8 of 11   Page ID #:263
Case 2:12-cv-08397-PSG-MRW   Document 48   Filed 04/16/13   Page 1 of 2   Page ID #:253

Hootan Troy Farahmand (SBN: 230345)
3575 Cahuenga Bl. West, #580
Los Angeles, CA 90068
Telephone: (310) 560-0606
Facsimile: (310) 829-0225
Email: Htf@HtfLawFirm.com

Attorneys for Plaintiff
STAR FABRICS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>SEARS ROEBUCK and co.,; et al.<br><br>            Defendants. | CASE NO. 12-CV-08397-PSG-MRW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS**<br>**Triple Textile, Inc.**<br>**Mouris Elyahoozadeh (dba) Fashion Trends,**<br>**Traben USA, Inc.,**<br>**CON TE, INC.,**<br>**DOWEL TEX, INC., and**<br>**Image Boutique** |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

WHEREAS, Plaintiff and Triple Textile, Inc. , a California Corporation, Mouris Elyahoozadeh (dba) Fashion Trends, Traben USA, Inc., CON TE, INC., DOWEL TEX, INC., and Image Boutique have reached an amicable resolution whereby all claims at issue against Triple Textile, Inc. , a California Corporation, Mouris Elyahoozadeh (dba) Fashion Trends, Traben USA, Inc., CON TE, INC., DOWEL TEX, INC., and Image Boutique have fully and finally been resolved;

-1-

Case 2:12-cv-08397-PSG-MRW   Document 54   Filed 06/20/13   Page 17 of 21   Page ID #:287
Case 2:12-cv-08397-PSG-MRW   Document 49   Filed 04/17/13   Page 9 of 11   Page ID #:264

Case 2:12-cv-08397-PSG-MRW   Document 48   Filed 04/16/13   Page 2 of 2   Page ID #:254

1     IT IS HEREBY STIPULATED that Triple Textile, Inc. , a California

2  Corporation, Mouris Elyahoozadeh (dba) Fashion Trends, Traben USA, Inc.,

3  CON TE, INC., DOWEL TEX, INC., and Image Boutique are to be dismissed

4  from this action with prejudice and with each party to bear its own costs and

5  fees incurred therein.

6     SO STIPULATED.

7

8  DATED: 4-16-13

9

10                  By:  Shahrokh Pazooky

11                     President of  for Defendant

12                     Triple Textile, Inc.

13

14  DATED: 4-16-13           H. TROY FARAHMAND

15

16

17                  By: /S/

18                   H. TROY FARAHMAND
                      Attorneys for Plaintiff

19                   Star Fabrics, Inc.

20  DATED: 4-16-13

21

22                  By: /S/

23                   S. CALVIN MYUNG
                     Attorneys for Defendants

24  CON TE, INC.;

25  DOWEL TEX, INC.;
   Image Boutique

26  Mouris Elyahoozadeh (dba) Fashion
   Trends,

27  Traben USA, Inc.

28

STIPULATION TO DISMISS ACTION

# EXHIBIT 2

Case 2:12-cv-08397-PSG-MRW   Document 54   Filed 06/20/13   Page 19 of 21   Page ID #:289
Case 2:12-cv-08397-PSG-MRW   Document 49   Filed 04/17/13   Page 11 of 11   Page ID #:266

Case 2:12-cv-08397-PSG-MRW   Document 40   Filed 02/26/13   Page 1 of 1   Page ID #:223

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Star Fabrics Inc

PLAINTIFF(S)

v.

Sears Roebuck and Co et al

DEFENDANT(S).

CASE NUMBER

CV 12-08397 PSG (MRWx)

**DEFAULT BY CLERK**
**F.R.Civ.P. 55(a)**

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

V Generation, a Business Entity of Form Unknown

Clerk, U. S. District Court

2/26/13

Date

By B. Moss (213) 894-3538

Deputy Clerk

CV-37 (10/01)                DEFAULT BY CLERK F.R.Civ.P. 55(a)

# EXHIBIT 4

# Activity in Case 2:12-cv-08397-PSG-MRW Star Fabrics Inc v. Sears Roebuck and Co et al Text Only Scheduling Notice

Case 2:12-cv-08397-PSG-MRW Document 54 Filed 06/20/13 Page 1 of 1 Page ID #:401

cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
To: ecfnef@cacd.uscourts.gov

Wed, Apr 24, 2013 at 5:11 PM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 4/24/2013 at 5:11 PM PDT and filed on 4/24/2013

**Case Name:** Star Fabrics Inc v. Sears Roebuck and Co et al
**Case Number:** 2:12-cv-08397-PSG-MRW
**Filer:**
**Document Number:** 51(No document attached)

**Docket Text:**
**TEXT ONLY ENTRY IN CHAMBERS by Judge Philip S. Gutierrez: The Order to Show Cause [46] is hereby discharged. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY.(wm) TEXT ONLY ENTRY**

**2:12-cv-08397-PSG-MRW Notice has been electronically mailed to:**

Hootan Troy Farahmand &nbsp &nbsp htf@htflawfirm.com, emlague@gmail.com

Soohyun Calvin Myung &nbsp &nbsp scalvinmyung@sbcglobal.net

**2:12-cv-08397-PSG-MRW Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**