S. Calvin Myung, Esq. (SBN 216853)
Law Offices of S. Calvin Myung
3700 Wilshire Boulevard, Suite 500
Los Angeles, California 90010
Telephone (213) 382-3600
Facsimile   (213) 382-3636
scalvinmyunglaw@gmail.com

E-FILED 10/09/13
TERM #58/LINK #59
JS-6

Attorneys for Defendants,
2HEARTS, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>SEARS ROEBUCK AND CO., a New York Corporation; You & Me Naturally, Inc., a Business Entity of Form Unknown; Triple Textile, Inc., a California corporation; Mouris Elyahoozadeh (dba) Fashion Trends, an individual doing business under a fictitious name; Traben USA, Inc., a California corporation; MJC CONNECTION, INC. (DBA) MIND CODE, a California corporation; Otimo Textile, Inc., a California corporation; DISTINCTIVE APPAREL, INC. (DBA) METROSTYLE, a Delaware corporation; GUNIT FASHIONS, INC., a New York corporation; Image Boutique, a Business Entity of Form Unknown; CON TE, INC., a California corporation; DOWEL TEX, INC., a California corporation; A'GACI, LLC, a California limited liability company; BIG JOY, INC., a California corporation; EXPRESSION PLUS, a Business Entity of Form Unknown; SKU TRADING, INC., a California corporation; IRON PUPPY, a Business Entity of Form Unknown; 2HEARTS, a Business Entity of Form Unknown; V GENERATION, a Business Entity of Form Unknown; and DOES 1 through 10,<br><br>            Defendants. | Case No. CV12-8397-PSG-MRW<br><br>[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION |

///

///

1     Having reviewed the Stipulation for Dismissal of Entire Action,

3     **IT IS HEREBY ORDERED THAT:**

5     this entire action is hereby dismissed, with prejudice.

8   Dated: October __8__, 2013     BY: **PHILIP S. GUTIERREZ**
                                                   HON. PHILIP S. GUTIERREZ
                                                   UNITED STATES DISTRICT JUDGE