| | |
|---|---|
| 1  S. Calvin Myung, Esq. (SBN 216853) | |
|    Law Offices of S. Calvin Myung | |
| 2  3700 Wilshire Boulevard, Suite 500 | E-FILED 10/09/13 |
|    Los Angeles, California 90010 | TERM #58/LINK #59 |
| 3  Telephone (213) 382-3600 | |
|    Facsimile   (213) 382-3636 | JS-6 |
| 4  scalvinmyunglaw@gmail.com | |

5  Attorneys for Defendants,
   2HEARTS, et al.

6

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9  | STAR FABRICS, INC., a California corporation, | Case No. CV12-8397-PSG-MRW |
| 10 | Plaintiff, | [PROPOSED] ORDER DISMISSING ENTIRE ACTION |
| 11 | vs. | |
| 12 | SEARS ROEBUCK AND CO., a New York Corporation; You & Me Naturally, Inc., a Business Entity of Form Unknown; Triple Textile, Inc., a California corporation; Mouris Elyahoozadeh (dba) Fashion Trends, an individual doing business under a fictitious name; Traben USA, Inc., a California corporation; MJC CONNECTION, INC. (DBA) MIND CODE, a California corporation; Otimo Textile, Inc., a California corporation; DISTINCTIVE APPAREL, INC. (DBA) METROSTYLE, a Delaware corporation; GUNIT FASHIONS, INC., a New York corporation; Image Boutique, a Business Entity of Form Unknown; CON TE, INC., a California corporation; DOWEL TEX, INC., a California corporation; A'GACI, LLC, a California limited liability company; BIG JOY, INC., a California corporation; EXPRESSION PLUS, a Business Entity of Form Unknown; SKU TRADING, INC., a California corporation; IRON PUPPY, a Business Entity of Form Unknown; 2HEARTS, a Business Entity of Form Unknown; V GENERATION, a Business Entity of Form Unknown; and DOES 1 through 10, | |
| | Defendants. | |

27  ///

28  ///

1  Having reviewed the Stipulation for Dismissal of Entire Action,

2

3  **IT IS HEREBY ORDERED THAT:**

4

5  this entire action is hereby dismissed, with prejudice.

6

7

8  Dated: October __8__, 2013          BY: _____
                                            **PHILIP S. GUTIERREZ**
9                                           HON. PHILIP S. GUTIERREZ
                                            UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28